**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>SANIBEL REALTY TRUST LLC,[1]<br><br>    Debtor. | Case No. 22-18729-BKC-RAM<br><br>Chapter 11 |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the debtor-in-possession, Sanibel Realty Trust LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): November 11, 2022

2. Names, case numbers and dates of filing of related debtors: N/A.

3. Description of debtor's business: Debtor owns and rents certain residential condominium properties in Miami-Dade County, Florida identified below.

4. Locations of debtor's operations and whether the business premises are leased or owned: see answer to question # 3 above.

5. Reasons for filing chapter 11: Debtor was defending foreclosure action filed by mortgagee on one of its properties and filed this case to pursue either a section 363 sale and/or an attempt to reorganize its business operations and restructure its debt obligations under the protection of the automatic stay.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: Javier Perez, manager/no salary in 1 year prior to bankruptcy filing.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

---

[1] The last four digits of the Debtor's federal tax identification number are 3401.

      a)      2022 YTD: $97,900.00 (all rental income paid to and expended by Debtor's property management company, Resident Property Management LLC)

      b)      2021: $76,305.00 (all rental income paid to and expended by Debtor's property management company, Resident Property Management LLC).

8. Amounts owed to various creditors:

      a)      Obligations owed to priority creditors including priority tax obligations: N/A.

      b)      With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims. Approx. $2,400,000.00 subject to Schedule D to be filed in this case, secured by approx. $1,550,000.00 of collateral (3 residential condominium properties).

      c)      Amount of unsecured claims: unknown.

9. General description and approximate value of the debtor's assets: Debtor's 3 residential condominium properties valued at approximately $1,550,000.00, with following addresses:

      a)      9499 Collins Ave., Unit PH06  
                  Surfside, FL 3317

      b)      9595 Collins Ave., Unit NPHF  
                  Surfside, FL 33179

      c)      10115 SW 154 Cir. Ct., Unit 108-1  
                  Miami, FL 33186

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

Debtor is unable to retrieve the insurance policy information by the deadline for filing this case management summary, and intends to file an amended or supplemental summary next week as soon as it obtains such information.

11. Number of employees and amounts of wages owed as of petition date: N/A.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): N/A.

13. Anticipated emergency relief to be requested within 14 days from the petition date:

   a) Motion for approval of employment of Mancuso Law, P.A. as Debtor's counsel (to be filed).

   b) Motion for approval of employment of David L. Wrubel, CPA, PA as Debtor's accountant (to be filed).

   c) Motion for approval of employment of Sir Appraisals, Inc. to provide an appraisal of 9499 Collins Ave., Unit PH06 (to be filed).

   d) Motion for approval of employment of Resident Property Management LLC as Debtor's property management company (to be filed).

/s/ *Erik Wesoloski*
Signature

Erik Wesoloski, Esq. (Attorney in Fact/POA)
(Name of Corporate Officer or Authorized Representative)

/s/ *Nathan G. Mancuso*
Signature

Nathan G. Mancuso, Esq.
Name and Address of Debtor's Attorney

7777 Glades Road, Suite 100
Boca Raton, Florida 33434
Florida Bar No. 174254

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.